In the Matter of the Claim of Mary Berger, Respondent, v. Rochette & Parzini Corp. et al., Appellants, and Phillips Acoustics et al., Respondents. Workmen's Compensation Board, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.

In the Matter of the Claim of Albert Ferriera, Respondent, v. Allegheny Ludlum Steel Corporation, Appellant. Workmen's Compensation Board, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of Frank M. Kaminsky et al., Doing Business as Welcome Inn, Petitioners, v. State Liquor Authority, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.

Elsie Robinson, as Administratrix of the Estate of Lawrence H. Robinson, Deceased, Appellant, v. Town of Hector, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Sweeney, JJ., concur.